NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PUREWICK CORPORATION,**

*Plaintiff-Appellee*

**v.**

**SAGE PRODUCTS, LLC,**

*Defendant-Appellant*

---

2024-1184

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-01508-MN, Judge Maryellen Noreika.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          PUREWICK CORPORATION V. SAGE PRODUCTS, LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

March 1, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 1, 2024